# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN HISTORICAL ASSOCIATION, AMERICAN OVERSIGHT,

     *Plaintiffs*,

     v.

DONALD TRUMP, in his official capacity as President of the United States and in his personal capacity, *et al.*,

     *Defendants*.

Case No. 26-cv-1169

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND STAY

Pursuant to Federal Rule of Civil Procedure 65 and Local Rules 7 and 65.1, Plaintiffs hereby move for a preliminary injunction under Rule 65(a)(2). The grounds for this motion are set forth in Plaintiffs' accompanying memorandum of law in support of their motion.

Wherefore, Plaintiffs respectfully request that the Court enter the relief in the form set forth in the proposed order attached to this motion. The Court should waive the need for any bond or require a nominal bond of $100.

Pursuant to Local Rule 65.1(d), Plaintiffs request a hearing within 21 days.

Plaintiffs' counsel have conferred with counsel for Defendants, who have stated that they oppose this motion.

Dated: April 14, 2026

     Respectfully submitted,

     */s/ Daniel F. Jacobson*

     Daniel F. Jacobson (D.C. Bar 1016621)

Lynn D. Eisenberg (D.C. Bar 1017511)
John Robinson (D.C. Bar 1044072)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave NW, Suite 301
Washington DC, 20016
(301) 823-1148
dan@jacobsonlawyersgroup.com


*/s/ Loree Stark*
Loree Stark
D.C. Bar No. 90021926
American Oversight
1030 15th Street NW, B255
Washington, D.C. 20005
(202) 869-5246
loree.stark@americanoversight.org

*Counsel for Plaintiffs*