## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN HISTORICAL ASSOCIATION, AMERICAN OVERSIGHT,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States and in his personal capacity, *et al.*,<br><br>*Defendants*. | Case No. 26-cv-1169 |

### DECLARATION OF DANIEL F. JACOBSON

1.      I am an attorney at Jacobson Lawyers Group, PLLC and am counsel for Plaintiffs in the above-captioned case. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction.

2.      Attached as Exhibit A is true and correct copy of an email chain between counsel for Plaintiffs and counsel for Defendants concerning whether the government would enter written stipulations, among other things, that Defendants will preserve and not destroy Presidential records, as defined under the Presidential Records Act, during the pendency of this litigation.

3.      Attached as Exhibit B is a true and correct copy of the Department of Justice's brief in *Nixon v. Administrator of General Services*,, No. 75-1605 (U.S.).

4.      Attached as Exhibit C is a true and correct copy of the article, Alex Isenstadt, *Exclusive: Trump's DOJ Says He's Not Required to Turn Over Official Records*, AXIOS (Apr. 1, 2026), https://www.axios.com/2026/04/01/trump-doj-presidential-records-act-national-archives.

5.      Attached as Exhibit D is a true and correct copy of an excerpt of Presidential Records Act of 1978: Hearings on H.R. 10998 and Related Bills Before a Subcomm. of the H. Comm on Gov't Operations at 112, 95th Cong. (1978) (statement of Lawrence A. Hammond, Deputy Assistant Attorney General, Office of Legal Counsel).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2026 in Washington, D.C.

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar 1016621)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com