# Exhibit A

 **Outlook**

## Re: American Historical Ass'n v. Trump (DDC) - meet and confer

**From** Dan Jacobson <dan@jacobsonlawyersgroup.com>

**Date** Fri 4/10/2026 3:50 PM

**To**  Powers, James R. (CIV) <James.R.Powers@usdoj.gov>; Katherine Anthony <katherine.anthony@americanoversight.org>; John Robinson <john@jacobsonlawyersgroup.com>; Loree Stark <loree.stark@americanoversight.org>; lynn@jacobsonlawyersgroup.com <lynn@jacobsonlawyersgroup.com>

**Cc**  Shi, Winston G (CIV) <Winston.G.Shi@usdoj.gov>; Anna Brier <anna.brier@americanoversight.org>

Hi Jim,

Thanks for letting us know the government's position. For posterity, here are the stipulations we requested the government agree to several days ago to avoid or limit emergency motions practice, which the government has now indicated that it cannot agree to.

- A statement that for the pendency of the litigation, NARA:
  - (1) will not destroy and will otherwise maintain any Presidential records (as defined by the PRA) already in its custody, as required under the terms of the PRA
  - (2) will fulfill its obligations under the PRA  to work expeditiously to make public Presidential records of prior administrations, including the first Trump Administration, subject only to the exceptions set forth in the PRA
  - (3) will fulfill its obligations under the PRA to timely process FOIA requests for Presidential records of prior Administrations, including the first Trump Administration, subject only to the exceptions set forth in the PRA.
- A statement that PRA components in the EOP (including all those named in the complaint) will for the pendency of the litigation collect and preserve all records that qualify as presidential records under the PRA, as required by the PRA
- A statement that all persons covered by the PRA will comply for the pendency of the litigation with the requirements of 44 USC 2209, where such compliance requires treating all emails, text messages, and messages on encrypted messaging apps like Signal and What's App that relate to their official duties as Presidential records that must be preserved on official accounts in accordance with the PRA,
- A statement that the President and Vice President will comply for the pendency of the litigation with the PRA's requirements, including by preserving all presidential records as defined by the PRA.

Best,
Dan

---

**From:** Powers, James R. (CIV) <James.R.Powers@usdoj.gov>
**Sent:** Friday, April 10, 2026 2:57 PM
**To:** Dan Jacobson <dan@jacobsonlawyersgroup.com>; Katherine Anthony <katherine.anthony@americanoversight.org>; John Robinson <john@jacobsonlawyersgroup.com>; Loree Stark <loree.stark@americanoversight.org>; lynn@jacobsonlawyersgroup.com <lynn@jacobsonlawyersgroup.com>

4/14/26, 10:28 AM
Re: American Historical Ass'n v. Trump (DDC) - meet and confer - Dan Jacobson - Outlook
Case 1:26-cv-01169-JDB    Document 13-3    Filed 04/14/26    Page 3 of 3

**Cc:** Shi, Winston G (CIV) <Winston.G.Shi@usdoj.gov>
**Subject:** American Historical Ass'n v. Trump (DDC) - meet and confer

Counsel,
I'm reaching out about two matters.

First, we plan to file today an objection to the related case designation you filed on the ground that the designation does not meet the standard of the local rules. I assume you oppose but please confirm.

Second, thanks for your call earlier this week. I am following up on our conversation in light of your anticipated Monday filing date. We cannot agree to a stipulated order regarding the issues you raised in our call and are not yet in a position to make additional representations about the Government's approach to those issues.

Thanks,
Jim

**James R. Powers**
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
1100 L Street, NW, Room 11006
Washington, DC 20005
Telephone: (202) 353-0543
Email: James.R.Powers@usdoj.gov