**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICAN HISTORICAL ASSOCIATION;
AMERICAN OVERSIGHT,

        Plaintiffs,

     v.

DONALD TRUMP, in his official capacity as
President of the United States, *et al.*,

        Defendants.

Case No. 1:26-cv-01169-JDB

**DECLARATION OF JAMES R. POWERS**

1.      I am a Trial Attorney at the United States Department of Justice Civil Division and counsel of record for the United States in this litigation.  I submit this declaration in relation to Defendants' opposition to Plaintiffs' motion for preliminary injunction and stay, ECF No. 13.

2.      I make the following statements based on personal knowledge and information provided to me in the course of my official duties.

3.      Attached to this declaration as Exhibit A is a true and correct copy of the Memorandum from David Warrington, Assistant to the President and Counsel to the President, *Re: Records Retention Policy After Office of Legal Counsel Finding that the Presidential Records Act is Unconstitutional* (April 2, 2026).

4.      Attached to this declaration as Exhibit B is a true and correct copy of the Declaration of Kate Dillon McClure in the above-captioned litigation, signed April 21, 2026.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C., on April 21, 2026.

*/s/ James Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch