# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICAN HISTORICAL ASSOCIATION;
AMERICAN OVERSIGHT,

       Plaintiffs,

       v.

DONALD TRUMP, in his official capacity as
President of the United States, *et al.*,

       Defendants.

Case No. 1:26-cv-01169-JDB

**<u>DECLARATION OF KATE DILLON MCCLURE</u>**

I, Kate Dillon McClure, under 28 U.S.C. § 1746, hereby declare and state as follows:

1.      I am the Director of the Archival Operations Division in the Office of Presidential

Libraries at the National Archives and Records Administration (NARA) and have held this

position since May of 2024. Prior to becoming the Director, I served as Acting Director of the

White House Liaison Division and an archivist in the Presidential Library system since 1996.  In

those positions I was responsible for working with modern Presidential records administered

under the Presidential Records Act (PRA), 44 U.S.C. §§ 2201-2209. I hold a Bachelor of Arts

degree in English and History from the University of Pittsburgh and a Master of Arts and a

Master of Library Science from the University of Maryland.

2.      The statements contained in this declaration are based upon my personal

knowledge, upon information furnished to me in the course of my official duties, and upon

conclusions and determinations reached and made in accordance therewith.

3.     I submit this declaration in relation to Defendants' Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction and Stay, to be filed in the above-captioned litigation.

4.     NARA is continuing to preserve all Presidential records in its custody and plans to continue processing requests for access to such records. For example, NARA released Presidential records on April 2, 9, and 15, 2026, in response to Freedom of Information Act requests.

5.     NARA maintains custody of records of President Trump's 45th Presidential administration that were transferred by President Trump to NARA.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of April, 2026.

_____
Kate Dillon McClure
Director
Archival Operations Division
Office of Presidential Libraries
National Archives and Records Administration
Washington, DC 20408

2