**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN HISTORICAL ASSOCIATION; AMERICAN OVERSIGHT, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:26-cv-01169-JDB |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND STAY**

Upon consideration of Plaintiffs' Motion for Preliminary Injunction and Stay, ECF No. 13, the parties' respective memoranda in support of and in opposition to the motion, the record, and the four preliminary injunction factors, it is hereby

**ORDERED** that Plaintiffs' Motion for Preliminary Injunction and Stay, ECF No. 13, is **DENIED**.

**SO ORDERED**.

Signed _____, 2026.

_____
JOHN D. BATES
United States District Judge
District of Columbia