AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| | |
|---|---|
| American Historical Association, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   26-cv-1169 |
| Donald Trump, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs American Historical Association and American Oversight                                    .

Date:      04/29/2026

/s/ Jessica Jensen
*Attorney's signature*

Jessica Jensen, D.C. Bar No. 1048305
*Printed name and bar number*

American Oversight
1030 15th Street NW, B-255
Washington, DC 20005
*Address*

jessica.jensen@americanoversight.org
*E-mail address*

(202) 869-5246
*Telephone number*

(202) 871-6523
*FAX number*