UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN HISTORICAL
ASSOCIATION et al.,
    Plaintiffs,

    v.

DONALD TRUMP et al.,
    Defendants.

Civil Action No. 26-1169 (JDB)

ORDER

Upon consideration of [13] plaintiffs' motion for a preliminary injunction and stay, [19] the government's opposition, [22] plaintiffs' reply, the hearing on May 13, 2026, and the entire record herein, and for the reasons identified in the memorandum opinion issued on this date; it is hereby **ORDERED** that:

1. Plaintiffs' motion for a preliminary injunction and stay is **GRANTED IN PART** and **DENIED IN PART**;

2. Defendants except the President, the Vice President, NARA, the Archivist, DOJ, and the Attorney General (hereinafter, Enjoined Defendants)[1] are preliminarily **ENJOINED**, effective 9:00am on May 26, 2026, to:

---

[1] The Enjoined Defendants subject to this order are: the White House Office, Chief of Staff to the President Susie Wiles, Director of the Office of Records Management Philip Droege, the National Security Council, Executive Secretary of the National Security Council Catherine Keller, the Homeland Security Council, Homeland Security Advisor Stephen Miller, the Council on Economic Advisers, Chair of the Council of Economic Advisers Pierre Yared, the Executive Residence, White House Chief Usher Robert Downing, Chair of the Intelligence Advisory Board Devin Nunes, the Office of Administration, Director of the Office of Administration Joshua Fisher, the Office of the Vice President, Chief of Staff to the Vice President Jacob Reses, the U.S. DOGE Service, and Acting Administrator of the U.S. DOGE Service Amy Gleason.

1

a. Comply in full with the provisions of the Presidential Records Act, 44 U.S.C. §§ 2201-09;

b. Preserve and not destroy or delete presidential and vice presidential records as defined under the Presidential Records Act, 44 U.S.C. §§ 2201(2) and 2207, except insofar as records disposal is permitted in accordance with the procedures set out under 44 U.S.C. § 2203(c)-(e);

c. Ensure that covered employees, as defined in section 2209(c) of the Act, not create or send any presidential or vice presidential record using non-official electronic message accounts—including Signal, WhatsApp, and other text or instant messaging applications or platforms—unless they copy an official electronic messaging account when creating or transmitting the record or forward a complete copy of the record to an official account within 20 days of creating or transmitting the record, see 44 U.S.C. § 2209;

d. Establish or reestablish records retention policies to preserve and maintain presidential records in full compliance with the Presidential Records Act, see 44 U.S.C. § 2203(a);

3. Defendants shall transmit a copy of this order to covered employees, as defined in section 2209(c) of the Act, by not later than 9:00am on May 26, 2026;

4. Defendants shall file a notice with the Court by not later than May 28, 2026, describing the steps they have taken to comply with this order.

**SO ORDERED**.

2

3

/s/
JOHN D. BATES
United States District Judge

Date: <u>May 20, 2026</u>