AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| American Historical Association et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    26 cv 1169 (JDB) |
| Donald Trump et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs                                                                    .

Date:      06/02/2026

s/ Stephen K. Wirth
*Attorney's signature*

Stephen K. Wirth, Bar No. 1034038
*Printed name and bar number*

Jacobson Lawyers Group PLLC
5100 Wisconsin Ave NW Ste 301
Washington, DC 20016

*Address*

stephen@jacobsonlawyersgroup.com
*E-mail address*

(406) 407 6051
*Telephone number*

*FAX number*