**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN HISTORICAL ASSOCIATION, AMERICAN OVERSIGHT, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States and in his personal capacity, *et al.*, <br><br> *Defendants*. | Case No. 26-cv-1169 |

**DECLARATION OF LYNN D. EISENBERG**

1.    I am an attorney at Jacobson Lawyers Group, PLLC and am counsel for Plaintiffs in the above-captioned case. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction.

2.    Attached as Exhibit A is a true and correct copy of an email chain between counsel for Plaintiffs and government counsel regarding service on President Trump in his personal capacity.

3.    Attached as Exhibit B is a true and correct copy of an email chain between counsel for Plaintiffs and President Trump's private counsel at DLA Piper regarding service on President Trump in his personal capacity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2026 in Washington, D.C.

*/s/ Lynn D. Eisenberg*
Lynn D. Eisenberg (D.C. Bar 1017511)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
lynn@jacobsonlawyersgroup.com