# Exhibit A

 **Gmail**

John Robinson <john@jacobsonlawyersgroup.com>

## RE: American Historical Ass'n v. Trump (DDC) - meet and confer
1 message

**Shi, Winston G (CIV)** <Winston.G.Shi@usdoj.gov>                Thu, May 21, 2026 at 5:54 PM
To: Dan Jacobson <dan@jacobsonlawyersgroup.com>, Katherine Anthony <katherine.anthony@americanoversight.org>, John Robinson <john@jacobsonlawyersgroup.com>, Loree Stark <loree.stark@americanoversight.org>, "lynn@jacobsonlawyersgroup.com" <lynn@jacobsonlawyersgroup.com>
Cc: "Bailey, John (CIV)" <John.Bailey@usdoj.gov>, "Powers, James R. (CIV)" <James.R.Powers@usdoj.gov>

Dan,

DOJ is not accepting service for President Trump in his personal capacity. Please refer inquiries about serving President Trump in his personal capacity to Caryn Schechtman at DLA Piper (caryn.schechtman@us.dlapiper.com).

Sincerely, Winston

**From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
**Sent:** Monday, May 18, 2026 1:18 PM
**To:** Powers, James R. (CIV) <James.R.Powers@usdoj.gov>; Katherine Anthony <katherine.anthony@americanoversight.org>; John Robinson <john@jacobsonlawyersgroup.com>; Loree Stark <loree.stark@americanoversight.org>; lynn@jacobsonlawyersgroup.com
**Cc:** Shi, Winston G (CIV) <Winston.G.Shi@usdoj.gov>; Bailey, John (CIV) <John.Bailey@usdoj.gov>
**Subject:** [EXTERNAL] Re: American Historical Ass'n v. Trump (DDC) - meet and confer

Hi Jim,

As you're aware, we named President Trump as a defendant in this case in both his official and personal capacities. Is DOJ willing to accept service for Mr. Trump in his personal capacity? If not, could you please put us in touch with whomever is representing Mr. Trump in his personal capacity so we can reach out to them to discuss waiving service?

Best,

Dan

**From:** Powers, James R. (CIV) <James.R.Powers@usdoj.gov>
**Sent:** Tuesday, April 14, 2026 4:56 PM
**To:** Dan Jacobson <dan@jacobsonlawyersgroup.com>; Katherine Anthony <katherine.anthony@americanoversight.org>; John Robinson <john@jacobsonlawyersgroup.com>; Loree Stark <loree.stark@americanoversight.org>; lynn@jacobsonlawyersgroup.com <lynn@jacobsonlawyersgroup.com>

**Cc:** Shi, Winston G (CIV) <Winston.G.Shi@usdoj.gov>; Bailey, John (CIV) <John.Bailey@usdoj.gov>
**Subject:** RE: American Historical Ass'n v. Trump (DDC) - meet and confer

Hi Dan –

Following the Court's order to suggest a schedule for further proceedings on the PI motion, please see below. Welcome your thoughts.

- Defs' PI opposition – April 28
- Pls' Reply – May 5
- Hearing – May 12-15 at the court's convenience

Thanks

Jim

---

**From:** Powers, James R. (CIV)
**Sent:** Tuesday, April 14, 2026 11:30 AM
**To:** 'Dan Jacobson' <dan@jacobsonlawyersgroup.com>; Katherine Anthony <katherine.anthony@americanoversight.org>; John Robinson <john@jacobsonlawyersgroup.com>; Loree Stark <loree.stark@americanoversight.org>; lynn@jacobsonlawyersgroup.com
**Cc:** Shi, Winston G (CIV) <Winston.G.Shi@usdoj.gov>
**Subject:** RE: American Historical Ass'n v. Trump (DDC) - meet and confer

We oppose.

Thanks,

Jim

---

**From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
**Sent:** Tuesday, April 14, 2026 11:22 AM
**To:** Powers, James R. (CIV) <James.R.Powers@usdoj.gov>; Katherine Anthony <katherine.anthony@americanoversight.org>; John Robinson <john@jacobsonlawyersgroup.com>; Loree Stark <loree.stark@americanoversight.org>; lynn@jacobsonlawyersgroup.com
**Cc:** Shi, Winston G (CIV) <Winston.G.Shi@usdoj.gov>
**Subject:** [EXTERNAL] Re: American Historical Ass'n v. Trump (DDC) - meet and confer

Jim,

We're going ahead and filing our preliminary injunction motion today. I'm assuming the government opposes, but could you confirm?

Best,

Dan

---

**From:** Powers, James R. (CIV) <James.R.Powers@usdoj.gov>
**Sent:** Friday, April 10, 2026 2:57 PM
**To:** Dan Jacobson <dan@jacobsonlawyersgroup.com>; Katherine Anthony <katherine.anthony@ americanoversight.org>; John Robinson <john@jacobsonlawyersgroup.com>; Loree Stark <loree.stark@ americanoversight.org>; lynn@jacobsonlawyersgroup.com <lynn@jacobsonlawyersgroup.com>
**Cc:** Shi, Winston G (CIV) <Winston.G.Shi@usdoj.gov>
**Subject:** American Historical Ass'n v. Trump (DDC) - meet and confer


Counsel,

I'm reaching out about two matters.


First, we plan to file today an objection to the related case designation you filed on the ground that the designation does not meet the standard of the local rules. I assume you oppose but please confirm.


Second, thanks for your call earlier this week. I am following up on our conversation in light of your anticipated Monday filing date. We cannot agree to a stipulated order regarding the issues you raised in our call and are not yet in a position to make additional representations about the Government's approach to those issues.


Thanks,

Jim


**James R. Powers**

Trial Attorney, Federal Programs Branch

Civil Division, U.S. Department of Justice

1100 L Street, NW, Room 11006

Washington, DC 20005

Telephone: (202) 353-0543

Email: James.R.Powers@usdoj.gov