# Exhibit B

 **Gmail**                                    **John Robinson <john@jacobsonlawyersgroup.com>**

## Re: American Historical Ass'n v. Trump, No. 26-cv-1169 (DDC)
1 message

**Dan Jacobson** <dan@jacobsonlawyersgroup.com>                    Fri, May 29, 2026 at 12:51 PM
To: "caryn.schechtman@us.dlapiper.com" <caryn.schechtman@us.dlapiper.com>, "steven.rosato@us.dlapiper.com" <steven.rosato@us.dlapiper.com>
Cc: Loree Stark <loree.stark@americanoversight.org>, Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>, John Robinson <john@jacobsonlawyersgroup.com>, Katherine Anthony <katherine.anthony@americanoversight.org>

Ms. Schechtman and Mr. Rosato,

Following up on my message below, can you provide us your position on accepting service in this matter for President Trump in his personal capacity? We also respectfully ask that you acknowledge receipt of this email.

Best,
Dan

---

**From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
**Sent:** Thursday, May 21, 2026 9:37 PM
**To:** caryn.schechtman@us.dlapiper.com <caryn.schechtman@us.dlapiper.com>
**Cc:** Loree Stark <loree.stark@americanoversight.org>; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; John Robinson <john@jacobsonlawyersgroup.com>; Katherine Anthony <katherine.anthony@americanoversight.org>
**Subject:** American Historical Ass'n v. Trump, No. 26-cv-1169 (DDC)

Ms. Schechtman,

We represent the plaintiffs in this matter concerning the Presidential Records Act.  We received your name from the DOJ lawyers representing the official-capacity defendants.

I'm attaching a copy of the summons and complaint, which name President Trump in both his official and personal capacities. DOJ counsel is representing President Trump in his official capacity, but they did not accept service for President Trump in his personal capacity and referred inquiries about serving President Trump in his personal capacity to you.

Will you accept service of the summons and complaint on behalf of Mr. Trump in his personal capacity?

Best,
Dan

Daniel Jacobson
Jacobson Lawyers Group PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
301-823-1148