# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN HISTORICAL ASSOCIATION, AMERICAN OVERSIGHT, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States and in his personal capacity, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-03657 |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion for alternative service, it is hereby ordered that the motion is granted. Plaintiffs shall be permitted to serve Defendant Donald Trump in his personal capacity by mailing the summons and complaint to Defendant at the address below and emailing a copy of such documents to Defendant's attorney below:

Donald J. Trump
White House
1600 Pennsylvania Ave NW
Washington, DC 20500

Caryn Schechtman
DLA Piper
caryn.schechtman@us.dlapiper.com

_____
John D. Bates
U.S. District Judge