## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN HISTORICAL ASSOCIATION, *et al.*,

        Plaintiffs,

      v.

DONALD TRUMP, in his official capacity as President of the United States, *et al.*,

        Defendants.

Case No. 1:26-cv-01169-JDB

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Stay District Court Proceedings Pending Appeal, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**;

That district court proceedings in this case are **STAYED**; and

That upon the conclusion of appellate proceedings (that is, the latest of the following: (a) the expiration of the deadline to petition for certiorari in D.C. Cir. Case No. 26-5185; (b) if a party petitions for certiorari, the Supreme Court's denial of the petition; or (c) if the Supreme Court grants the petition, the Supreme Court's final disposition of the case), the parties are **ORDERED** to meet and confer and to file a joint status report proposing a schedule to govern further proceedings. The joint status report shall be filed not later than 30 days after the conclusion of appellate proceedings. If the parties cannot agree on a schedule, they may file separate proposals.

**SO ORDERED.**

_____
JOHN D. BATES
United States District Judge

Dated: _____