# Exhibit B

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5185**                    **September Term, 2025**

**1:26-cv-01402-JDB**
**1:26-cv-01169-JDB**

**Filed On:**  June 9, 2026

American Historical Association and
American Oversight,

       Appellees

    v.

Donald Trump, in his official capacity as
President of the United States and in his
personal capacity, et al.,

       Appellants

----------------------------

Consolidated with 26-5186

## O R D E R

Upon consideration of appellants' consent motion to expedite briefing schedule and oral argument, it is

**ORDERED** that the deadlines entered on June 3, 2026, be suspended.  It is

**FURTHER ORDERED** that the following briefing schedule will apply in these consolidated cases:

| | |
|---|---|
| Appellants' Brief | July 13, 2026 |
| Appendix | July 13, 2026 |
| Appellees' Briefs | August 19, 2026 |
| Appellants' Reply Brief | September 9, 2026 |

The Clerk is directed to schedule these consolidated cases for oral argument. The parties will be informed later of the date of oral argument and the composition of the merits panel.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5185**                                **September Term, 2025**

    All issues and arguments must be raised by appellants in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief. To enhance the clarity of their briefs, the parties are cautioned to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 42 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

    Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. See D.C. Cir. Rule 28(a)(8).

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Lynda M. Flippin
Deputy Clerk

# United States Court of Appeals

District of Columbia Circuit
Washington, D.C.  20001-2866

Mark J. Langer
Clerk                                                                                            (202) 216-7300

Dear Counsel:

   The court's policy on the use of acronyms is stated in the Circuit's Handbook of Practice and Procedures, § IX.A.8(d), and the public notice issued January 26, 2010, which is posted on the court's web site.  Parties are expected to limit the use of acronyms and to avoid using acronyms that are not widely known.

   Upon review of the brief(s) recently filed in this case, the Clerk's Office has found that the text contains numerous acronyms and other abbreviations.  Therefore, you are advised to reexamine the brief(s) to ensure conformity with the court's policy.  Within 7 days of the docketing of this letter, you may submit a revised brief that eliminates any uncommon acronyms used in the previously filed brief.  **If a revised brief or briefs are not submitted, the merits panel assigned to this case will be informed that counsel failed to respond to this letter.** The word limit governing the previously filed brief also applies to the revised brief.  For any briefs yet to be filed, the current schedule remains in effect.

   Failure to comply with the court's policy may result in an order directing the submission of a conforming brief.  See, e.g., CSX Transp., Inc. v. Surface Transp. Board, No. 13-1230 (D.C. Cir. Mar. 25, 2014) (ordering briefs that eliminate uncommon acronyms used in previously filed final briefs, due Mar. 28, 2014); Illinois Public Telecomms. Ass'n v. FCC, No. 13-1059 (D.C. Cir. Mar. 25, 2014) (ordering briefs that eliminate uncommon acronyms used in previously filed final briefs, due Mar. 27, 2014).

   If you have any questions concerning this letter, please call Alison Grossman, Special Counsel to the Clerk, at (202) 216-7317.

                                        Sincerely,

                                        /s/
                                        Mark J. Langer, Clerk

E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE ● 333 CONSTITUTION AVENUE N.W.