# Exhibit C

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA


AMERICAN HISTORICAL ASSOCIATION,
et al.,
                                    Civil Action
             Plaintiffs,            No. 1:26-cv-01169-JDB

     vs.                            May 13, 2026
                                    10:00 a.m.
DONALD J. TRUMP, et al.,

             Defendants.            Washington, D.C.
_____


FREEDOM OF THE PRESS FOUNDATION,
et al.,
                                    Civil Action
             Plaintiffs,            No. 1:26-cv-01402-JDB

     vs.                            May 13, 2026
                                    10:00 a.m.
DONALD J. TRUMP, et al.,

             Defendants,            Washington, D.C.
_____



       TRANSCRIPT OF THE PRELIMINARY INJUNCTION HEARING
           BEFORE THE HONORABLE JOHN D. BATES
              UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff        Daniel F. Jacobson, Esq.
American Historical      JACOBSON LAWYERS GROUP, PLLC
Association:             5100 Wisconsin Ave. NW
                         Suite 301
                         Washington, DC 20016


For the Plaintiff        Jonathan Maier,Esq.
Freedom of the           CITIZENS FOR RESPONSIBILITY
Press Foundation:        AND ETHICS IN WASHINGTON
                         1331 F Street NW
                         Washington, DC 20004


              --APPEARANCES CONTINUED--
```

confusing, but he is both a former president and a current president for PRA purposes.

THE COURT:  Is that a claim that's relevant to the preliminary injunction --

MR. JACOBSON:  So what I was going to say is, I think depending on the outcome of this or we need to confer, but we may be coming back soon seeking a new preliminary injunction against the former president to return those records to NARA, as the PRA would require.

Again, I'm not moving on that today, but I just wanted to flag that now, based on the revelation we just heard a few minutes ago.

THE COURT:  I don't understand exactly what you mean. An injunction against the former president would be okay, notwithstanding the fact that he is the current president?

MR. JACOBSON:  Yes, Your Honor.  Just as the President in his personal capacity may be sued for civil damages in a way that he couldn't be in his --

THE COURT:  That's a different concept.  Personal capacity versus official capacity is one thing.  Former president versus current president is a different thing. Former president is not necessarily personal capacity.

MR. JACOBSON:  So I believe the words that government counsel used today was that he's holding them in his personal capacity.  I think there is no official former president

capacity in the sense we're talking about right now.  This is not some -- I don't know if there are any statutory duties on former presidents.  They have an office and whatnot.

THE COURT:  So what's your point?  Is your point that I should be more comfortable entering an injunction with respect to the President because I can do so in his capacity as a former president, i.e., in his personal capacity?

MR. JACOBSON:  No, Your Honor.  Sorry if I've --

THE COURT:  So what is your point?

MR. JACOBSON:  -- confused the issues.  One, that this underscores the need for relief in our current motion as to NARA, for them to comply with their legal duties.

And, two, again, just so Your Honor is not surprised if we follow a new motion later this week or something.  I just wanted to flag that possibility.

THE COURT:  All right.

MR. JACOBSON:  Thank you, Your Honor.

THE COURT:  Thank you, Mr. Jacobson.

Mr. Maier, very briefly.

MR. MAIER:  Thank you, Your Honor.

THE COURT:  You promised.

MR. MAIER:  It will be even briefer than I expected.

First, with respect to the text message provision's application to non-text, non-email communications, I think that, while we agree that the 2026 guidance doesn't address any

C E R T I F I C A T E


I, Stacy Johns, certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.



/s/ Stacy Johns                    Date: May 14, 2026

Stacy Johns, RPR, RCR
Official Court Reporter