**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN HISTORICAL ASSOCIATION, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>DONALD TRUMP, et al.,<br><br>                Defendants. | Case No. 26-cv-1169 (JDB) |

**NOTICE OF WITHDRAWAL OF ATTORNEY JESSICA JENSEN**

Jessica Jensen respectfully withdraws her appearance for Plaintiffs in this matter. Plaintiffs

will continue to be represented by all other counsel who have entered appearances on their behalf.


Dated: June 15, 2026                  Respectfully submitted,

                                      /s/ Jessica Jensen
                                      Jessica Jensen
                                      D.C. Bar No. 1048305
                                      AMERICAN OVERSIGHT
                                      1030 15th Street NW, B255
                                      Washington, DC 20005
                                      (202) 869-5246
                                      jessica.jensen@americanoversight.org