**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN HISTORICAL ASSOCIATION, AMERICAN OVERSIGHT, *Plaintiffs*, v. DONALD TRUMP, in his official capacity as President of the United States and in his personal capacity, *et al.*, *Defendants*. | Case No. 26-cv-1169 |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to stay district court proceedings pending appeal, it is hereby ordered that the motion is denied.

_____
John D. Bates
U.S. District Judge